**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00177-CV**

_____

**IN THE INTEREST OF B.S.**

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 18-9467**

**MEMORANDUM OPINION**

The appellant, B.S., filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on May 23, 2018
Opinion Delivered May 24, 2018

Before Kreger, Horton, and Johnson, JJ.